UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN LEVINE,<br><br>      Plaintiff,<br><br> -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION; ET AL.,<br><br>      Defendants. | 24-CV-1110 (JHR) (RFT)<br><br>**ORDER OF SERVICE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

 Plaintiff, who is proceeding pro se, paid the fees to commence this action.

 The Clerk of the Court is respectfully directed to issue summonses as to Defendants: (1) New York City Department of Education; (2) Tanya Drummond, Principal of C.S. 211, the Bilingual School; and (3) Howard MacDonald, Assistant Principal of C.S. 211, the Bilingual School. Plaintiff is directed to serve a copy of a summons and a copy of the complaint on each defendant within 90 days of the issuance of the summonses.

 If within those 90 days, Plaintiff has not either served the defendants or requested an extension of time to do so, I may recommend that the Court dismiss the claims against the defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

 Plaintiff consents to electronic service of documents.

DATED: March 13, 2024
     New York, New York

                     SO ORDERED.

                       **ROBYN F. TARNOFSKY**
                       United States Magistrate Judge