UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN LEVINE,<br><br>       Plaintiff,<br><br> -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION; ET AL.,<br><br>       Defendants. | 24-CV-1110 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The initial case management conference scheduled for September 26, 2024 at 11:00 AM is converted into a status conference at which time the question of whether there should be a stay of discovery will be discussed.

  The parties are directed to call my conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 748 380 246#.**

DATED: September 25, 2024
      New York, New York

                          SO ORDERED.

                          _____
                          ROBYN F. TARNOFSKY
                          United States Magistrate Judge